UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEARBORN FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE NETHERLANDS INSURANCE COMPANY, <br><br> Defendant. | *Civil Action No. 1:14-cv-06093-RMB-AMD* <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby **STIPULATED AND AGREED,** by and between the respective undersigned counsel for Plaintiff, Dearborn Farms, Inc., and Defendant, The Netherlands Insurance Company, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that all claims in the above-captioned matter are dismissed with prejudice, with each party to bear its own costs and fees.

LAW OFFICES OF SHAWN J. WALLACH

By: _____
SHAWN J. WALLACH, ESQ.
28 Leroy Place
Red Bank, NJ 07701
wallach.shawn@gmail.com
(732) 654-2020
*Attorneys for Plaintiff*
*Dearborn Farms, Inc.*

Date: Nov 6 2015

FINAZZO COSSOLINI O'LEARY
MEOLA & HAGER, LLC

By: /s/ Christopher S. Finazzo
CHRISTOPHER S. FINAZZO, ESQ.
67 East Park Place, Suite 901
Morristown, NJ 07960
Christopher.Finazzo@finazzolaw.com
(973) 343-4960
*Attorneys for Defendant*
*The Netherlands Insurance Company*

Date: November 6, 2015